

FILED

CLERK, U.S. DISTRICT COURT

7/15/26

CENTRAL DISTRICT OF CALIFORNIA

BY_____CS_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

ERIC B. JONES

5940 Oak Avenue, Unit 1217

Temple City, CA 91780

Telephone: 626-214-8750

Email: eric@recovery-compass.org

Plaintiff in pro per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

ERIC BRAKEBILL JONES,  Plaintiff,

v.

GOOGLE LLC,  Defendant.

Case No. 2:26-cv-06029-WLH (AJRx)

**JOINT STIPULATION TO REMAND ACTION TO THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

WHEREAS, on June 3, 2026, Defendant Google LLC removed this action from the Superior Court of California, County of Los Angeles, Case No. 26STLC02620, invoking federal-question jurisdiction under 28 U.S.C. sections 1331 and 1441 based on the federal claim asserted in the original Complaint (Dkt. 1);

WHEREAS, Plaintiff thereafter filed the operative First Amended Complaint (Dkt. 16), which asserts only claims arising under California law and asserts no federal claim;

WHEREAS, under Royal Canin U.S.A., Inc. v. Wullschleger, 604 U.S. 22 (2025), an amendment that deletes all federal claims deprives the district court of federal-question jurisdiction and of supplemental jurisdiction over the remaining state-law claims, and the action must be remanded under 28 U.S.C. section 1447(c);

WHEREAS, on July 9, 2026, the parties filed a Joint Request regarding case deadlines pending resolution of the remand question (Dkt. 18), which remains pending;

WHEREAS, solely to resolve the question of remand without further motion practice, and without prejudice to any other claim or defense, the parties agree that removal of the original Complaint was objectively reasonable and wish to resolve the jurisdictional question by stipulation;

NOW, THEREFORE, subject to the approval of the Court, the parties stipulate as follows:

1. The parties request that this action be REMANDED to the Superior Court of California, County of Los Angeles, Case No. 26STLC02620.

2. The Parties stipulate that good cause exists for Defendant's deadline to file its response to the First Amended Complaint in the Superior Court be 30 days after the Superior Court's receipt of the certified copy of the order of remand, as reflected on the Superior Court's register of actions.

3. Each party shall bear its own attorneys' fees, costs, and expenses incurred in connection with the removal and remand of this action, and the parties agree that no award of costs, expenses, or fees under 28 U.S.C. section 1447(c) is warranted in this case.

4. Upon the filing of this Stipulation, the parties jointly request that the Court vacate all pending deadlines in this action, including Defendant's July 16, 2026 deadline to respond to the First Amended Complaint, and deny as moot the parties' July 9, 2026 Joint Request (Dkt. 18). In the alternative, should the Court not act on this Stipulation before July 16, 2026, the parties jointly request that the Court grant the relief sought in the Joint Request (Dkt. 18). In light of Defendant's July 16, 2026 deadline, the parties

respectfully request entry of the accompanying [Proposed] Order at the Court's earliest convenience.

5. Except as expressly stated herein, nothing in this Stipulation waives or limits any party's claims, defenses, or rights, all of which are expressly reserved.

DATED: July 15, 2026

By: /s/ Eric B. Jones   Eric B. Jones, Plaintiff in pro per

DATED: July 15, 2026   WILSON SONSINI GOODRICH & ROSATI, Professional Corporation

By: /s/ Callie R. Davidson   Callie R. Davidson, Attorneys for Defendant Google LLC

Filer attestation pursuant to L.R. 5-4.3.4(a)(2)(i): the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.